735 A.2d 708

**COMMONWEALTH of Pennsylvania, Appellee,**

v.

**Thomas WOLFF, Appellant.**

Supreme Court of Pennsylvania.

Submitted Aug. 3, 1999.

Decided Sept. 9, 1999.

Wallace H. Bateman, Perkasie, for Thomas Wolff.

Alan M. Rubenstein, Dist. Atty., for Com.

Before FLAHERTY, C.J., and ZAPPALA, CAPPY, CASTILLE, NIGRO, NEWMAN and SAYLOR, JJ.

## *ORDER*

PER CURIAM.

Based upon our disposition in *Commonwealth v. Williams,* 557 Pa. 285, 733 A.2d 593 (1999), we affirm the Order of the Bucks County Court of Common Pleas dated April 15, 1998.

Furthermore, we remand the matter to the Superior Court for disposition of any remaining issues.

Jurisdiction is relinquished.